apparently making the assertion to relieve appellant of blame.

It follows that the errors noted in rulings by the court were harmless because there was no impeachment evidence to be produced. Appellant suffered no prejudice and is entitled to no relief on the point presented.

The judgment is affirmed.

All concur.

tion and sentence of two years for stealing in violation of § 570.030.2(1), RSMo 1978.

A written opinion would serve no jurisprudential purpose. Judgment affirmed.

All concur. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Legusta BESS, Jr., Appellant.**

**No. WD 33630.**

Missouri Court of Appeals,
Western District.

May 31, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and MANFORD and KENNEDY, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a judgment entered in accordance with a jury convic-

**STATE of Missouri, Respondent,**

v.

**Virgil J. WINSTON, Appellant.**

**No. WD 33662.**

Missouri Court of Appeals,
Western District.

May 31, 1983.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction and sentence of two years. Applicable statute is § 570.030, RSMo 1978.